# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-1937

———————

Larry Blaine Painter,     *

      *

     Appellant,     *

      *   Appeal from the United States

   v.     *   District Court for the

      *   Eastern District of Arkansas.

T. C. Outlaw, Warden,     *

Federal Correctional Complex,     *   [UNPUBLISHED]

Forrest City, Arkansas,     *

      *

     Appellee.     *

———————

Submitted: July 30, 2009
Filed: August 18, 2009

———————

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Federal inmate Larry Painter appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition challenging a 1981 Missouri escape conviction, which was used to enhance the federal sentence he is currently serving for firearm-possession offenses. The district court correctly found that it was without jurisdiction to consider

---

[1]The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).

the petition, as Painter is no longer "in custody" on the state conviction. See <u>Maleng v. Cook</u>, 490 U.S. 488, 492-93 (1989) (per curiam) (habeas petitioner is no longer in custody after sentence has fully expired, even if prior conviction is used to enhance subsequent conviction); <u>Love v. Tippy</u>, 128 F.3d 1258, 1258-59 (8th Cir. 1997) (per curiam) (petitioner who completed serving state sentence before federal conviction is no longer in custody under state conviction).

Accordingly, the judgment is affirmed.

_____